

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2019

No. 04-19-00674-CV

**IN RE KINGDOM CARGO, LLC** and Almaguer Livian Izaguirre

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Luz Elena D. Chapa, Justice
                Beth Watkins, Justice

On October 3, 2019, relator filed a petition for writ of mandamus and a motion for temporary relief to stay the November 4, 2019 trial setting pending final resolution of the petition for writ of mandamus. In its petition, relator asked this court to order the trial court to vacate its order striking relator's expert witness Christine Dickinson. On October 21, 2019, we issued an order allowing the respondent and the real party in interest to file a response to the petition in this court no later than November 6, 2019 and granting relator's request for a stay of the November 4, 2019 trial setting or any subsequent trial setting in the underlying case pending final resolution of the petition for writ of mandamus.

On October 24, 2019, the real party in interest filed a motion asking this court to reconsider the stay on the ground that this original proceeding is now moot because the real party in interest no longer opposes the counter-affidavits or testimony of Ms. Dickinson.

Because it appears the relief requested by relator has now been obtained, relator is hereby ORDERED to show cause in writing **no later than October 31, 2019** why this original proceeding should not be dismissed as moot.

It is so **ORDERED** on October 28, 2019.

                                                  **PER CURIAM**

ATTESTED TO: _Luz Estrada_
                           Luz Estrada
                           Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. DC-17-18, styled *Ashley Anais Regalado v. Almaguer Livan Izaguirre, et al.*, pending in the 229th Judicial District Court, Duval County, Texas, the Honorable Baldemar Garza presiding.